ACCEPTED
03-14-00505-CV
6087966
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/15/2015 11:59:06 PM
JEFFREY D. KYLE
CLERK

CASE NO. 03-14-00505-CV
IN THE 3rd COURT OF APPEALS

Trial Court Case Number 253,616-C

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/15/2015 11:59:06 PM
JEFFREY D. KYLE
Clerk

JERRY HOFROCK
Appellant,
v.
JUDY HORNSBY

## DEFENDANT'S THIRD MOTION FOR EXTENSION OF TIME

## TO THE HONORABLE COURT OF APPEALS:

Jerry Hofrock, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.      Appellant's Brief was due on June 15, 2015.  Appellant submitted a second motion for extension of time, to extend the time to file to July 15, 2015, although it appears the court did not grant the motion.

2.      Appellant seeks a thirty day extension of time to file Appellant's Brief form the due date of the filing of the Brief, which would make Appellant's Brief due on or before July 15, 2015.

3.      Appellant has completed the brief and submits it at the same time as this motion.

4.      Appellant apologizes to the Court for the requested delay, but has no alternative.

For these reasons, Jerry Hofrock requests that this court render an order extending the time for filing Appellant's Brief to and including July 15, 2015.

Respectfully submitted,

Jerry Hofrock
1601 Eagle Wing
Cedar Park, Texas 78613
(512) 266-2822

## CERTIFICATE OF CONFERENCE

I, Jerry Hofrock, hereby certify that I called the office of John Stoebner on July 14, 2015, to inform him of my intention of filing this motion to extend time. I could not reach Mr. Stoebner personally, and I presume he would object to the motion.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached motions was sent by U. S. Postal Service on July 14, 2015 to:

John Stoebner
2106 Bird Creek Drive
Temple, Texas 76502